UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRINGTON DAVIDSON, | No. 2:16-cv-00689 GGH |
| Petitioner, | |
| v. | ORDER |
| DAVID DAVEY, | |
| Respondent. | |

Petitioner has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Petitioner has submitted the affidavit required by § 1915(a) showing that petitoner is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

Petitioner's request to proceed in forma pauperis (ECF No. 7), is GRANTED.

DATED: August 24, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE