UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRINGTON DAVIDSON,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:16-cv-00689 GEB GGH<br><br><br>ORDER |

Petitioner has requested a 30-day enlargement of time within which to file Objections to the courts Findings and Recommendations of July 12, 2017. ECF No. 17.

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Petitioner shall file his Objections on or before August 12, 2017.

**IT IS SO ORDERED**.

Dated: July 31, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE